# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147030 & (50)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ELLIOT LEOTIS PILTON,
        Defendant-Appellant.

SC: 147030
COA: 306212
Oakland CC: 2008-221114-FC

_____/

On order of the Court, the motion to add new issues is GRANTED.  The application for leave to appeal the January 3, 2013 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Bynum* (Docket No. 147261) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2014



Clerk

s0127